UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60995-CIV-DIMITROULEAS

FLEXITEEK AMERICAS, INC., a Florida
corporation, FLEXITEEK INTERNATIONAL AS, a
foreign corporation,

    Plaintiffs,

vs.

NUTEAK DECKING, INC., a Florida
corporation, and TEK-DEK, LTD.., a
foreign corporation,

    Defendants.
_____/

### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint is to be perfected upon the defendants within 120 days after the filing of the complaint. A review of the Court record reveals that the Complaint in the present action was filed on June 30, 2008, and there is no indication that Defendant Tek-Dek, Ltd. has been served. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    On or before November 14, 2008, the Plaintiffs shall either perfect service upon Defendant Tek-Dek, Ltd., show that service has already been made, or show good cause as to why service has not been perfected.

    2.    Failure to timely respond may result in dismissal of Defendant Tek-Dek.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of October, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Gary C. Rosen, Esq.

S. Tracy Long, Esq.