UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60995-CIV-DIMITROULEAS

FLEXITEEK AMERICAS, INC.,
a Florida corporation; FLEXITEEK
INTERNATIONAL AS, a foreign corporation,

Magistrate Judge Rosenbaum

       Plaintiffs,

vs.

NUTEAK DECKING, INC.,
a Florida corporation, and
TEK-DEK, LTD., a foreign corporation,

       Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Plaintiffs' Motion for Judgment Upon Default [DE-25], filed herein on January 28, 2009. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On November 14, 2008, the Clerk entered a default against Defendant Tek-Dek, Ltd. for failing to appear or respond to the claims. [DE-15]. Plaintiffs then filed the instant motion seeking a final default judgment against Defendant Tek-Dek, Ltd. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Defendant Tek-Dek, Ltd. shall show cause on or before February 23, 2009 why a default judgment should not be entered against it in regards to the claims brought by Plaintiffs. Failure to timely file a response to this Order will result in the immediate entry of Default Judgment, with a hearing being held to determine the amount of damages.

2) Plaintiffs shall serve a copy of this Order upon Defendant Tek-Dek, Ltd. on or before February 4, 2009 and shall file proof of such service.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

29th day of January, 2009.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:
S. Tracy Long, Esq.
Gary C. Rosen, Esq.